IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jennie L. Clemons, | ) | C/A No. 0:12-1378-RMG-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This social security action is before this court pursuant to 42 U.S.C § 405(g) for review of a final decision of the Commissioner of the Social Security Administration ("Commissioner"). The plaintiff, Jennie L. Clemons, ("Plaintiff") initiated this action and filed her Complaint on May 24, 2012. (ECF No. 1.)

The Commissioner filed a motion to dismiss on February 1, 2013. (ECF No. 12.) As of the date of this order, the plaintiff, who is represented by counsel, has failed to respond to the motion in accordance with Local Civil Rule 7.06 DSC. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the Commissioner's motion to dismiss within seven (7) days from the date of this order. Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendant's motion, see Local Civil Rule 7.06

PJG

DSC, or may be recommended for dismissal with prejudice for failure to prosecute. <u>See</u> <u>Davis v.</u>

<u>Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

      **IT IS SO ORDERED**.

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

February 20, 2013
Columbia, South Carolina